THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>                      Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 17). The parties jointly request that the Court set a schedule for class certification prior to setting a trial date. (*Id.* at 2.) Accordingly, the Court establishes the following class certification discovery and briefing schedule:

| Event | Date |
|---|---|
| Deadline for fact discovery | August 27, 2021 |
| Plaintiff's expert report(s) served on Defendant | September 24, 2021 |
| Defendant's expert report(s) served on Plaintiff | October 22, 2021 |

| Plaintiff's rebuttal expert report(s) served on Defendant | November 19, 2021 |
|---|---|
| Plaintiff's motion for class certification | December 10, 2021 |
| Defendant's response to motion for class certification | January 21, 2022 |
| Plaintiff's reply in support of class certification | February 11, 2022 |

DATED this 24th day of February 2021.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk