The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | NO. 2:20-cv-01473-JCC<br><br>DECLARATION OF JOEL STRASSBURG IN SUPPORT OF MILLIMAN, INC.'S MOTION FOR SUMMARY JUDGMENT |

I, Joel Strassburg, state and declare as follows:

1. I am competent to testify and the statements in this declaration are based upon my personal knowledge.

2. I am a Director of Process, Projects, and Operations at Milliman, Inc. d/b/a IntelliScript ("Milliman").

3. Milliman closely tracks all inquiries it receives from insurance companies, as well as all individual requests for consumer reports, and any consumer disputes related to the information contained in the consumer's report.

4. After Mr. Healy filed suit against Milliman, I organized a team that reviewed and analyzed Milliman's data on the number of corrected consumer reports it has issued over the past six years. The data showed that between 1/1/2015 and 12/31/2020, Milliman processed

DECLARATION OF JOEL STRASSBURG IN SUPPORT OF
MILLIMAN, INC.'S MOTION FOR SUMMARY JUDGMENT - 1
(NO. 2:20-cv-01473-JCC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7360010.1

42,781,776 inquiries from insurance companies related to consumer prescription and/or medical history information. Of those 42,781,776 inquiries that were processed, 81,464 consumers requested a copy of their consumer report. Out of the 81,464 consumers that requested a copy of their report, only 1,571 required some form of revision. Thus, out of the 81,464 reports that were provided to consumers over the last six years, only 1.9% resulted in a corrected report. Taking a step back, this means that out of the 42,781,776 inquiries from insurance companies that Milliman processed between 2015 and 2020, only 1 out of every 27,231 (0.004%) resulted in a consumer report that required a revision.

5. Milliman also conducted an internal audit of every consumer dispute from the last six years in order to examine and document Milliman's compliance with the reinvestigation requirements of the Fair Credit Reporting Act. We have reviewed all disputes that were logged between 1/1/2015 and 12/31/2020, and determined that out of 1,690 consumer disputes that were logged during that period, Milliman's median dispute resolution time is 14 days, and our average dispute resolution time is 24 days. Moreover, 26.4% of these disputes were required to be resolved in 45 days, as opposed to 30 days, because the individual provided additional information during the investigation process.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct.

Executed in West Bend, Wisconsin this 25 day of March, 2021.

Joel Strassburg
Director – Process, Projects, and Operations
Milliman, Inc. d/b/a "IntelliScript"

DECLARATION OF JOEL STRASSBURG IN SUPPORT OF
MILLIMAN, INC.'S MOTION FOR SUMMARY JUDGMENT - 2
(NO. 2:20-cv-01473-JCC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7360010.1

# **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date indicated below, I caused service of a true and correct copy of the forgoing document in the manner indicated below to:

| | | |
|---|---|---|
| Beth E. Terrell, WSBA 26759<br>Adrienne D McEntee, WSBA 34061<br>Jennifer Rust Murray, WSBA 36983<br>Terrell Marshall Law Group Inc.<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>Tel: (206) 826-6603<br>bterrell@terrellmarshall.com<br>amcentee@terrellmarshall.com<br>jmurray@terrellmarshall.com<br><br>Attorneys for Plaintiff | ☑ | Via ECF |
| James A. Francis<br>John Soumilas<br>Lauren KW Brennan<br>Francis Mailman Soumilas, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 735-8600<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com | ☑ | Via ECF |

DATED this 5th day of April, 2021.

*s/Catherine Berry*
Catherine Berry, Legal Assistant
cberry@williamskastner.com

---

DECLARATION OF JOEL STRASSBURG IN SUPPORT OF MILLIMAN, INC.'S MOTION FOR SUMMARY JUDGMENT - 3
(NO. 2:20-cv-01473-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7360010.1