THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>   v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>   Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant recently filed a motion for a protective order (Dkt. No. 24) and noted the motion for consideration April 16, 2021, consistent with Local Civil Rule 7(d)(2). In the interest of judicial efficiency, the Court will consider this motion concurrent to its consideration of Defendant's motion for summary judgment (Dkt. No. 19). The Clerk is DIRECTED to renote Defendant's motion for protective order (Dkt. No. 24) to April 30, 2021.

//
//
//

MINUTE ORDER
C20-1473-JCC
PAGE - 1

DATED this 16th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk