THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>                   Plaintiff,<br>   v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>                   Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of intention to file a sur-reply, and Plaintiff's related sur-reply (Dkt. Nos. 46, 47). Plaintiff filed the sur-reply on May 4, 2021 requesting the Court strike portions of a declaration (Dkt. No. 45) filed by Defendant in support of its motion for summary judgment (Dkt. No. 19). The Clerk is DIRECTED to renote Defendant's motion for summary judgment (Dkt. No. 19), along with related motions for a protective order (Dkt. No. 24) and to seal (Dkt. No. 34), to May 4, 2021. These filings will all be considered concurrently.

//

//

DATED this 4th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk