THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES HEALY, on behalf of himself and all others similarly situated,

          Plaintiff,

  v.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

          Defendant.

CASE NO. C20-1473-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 52). Finding good cause, the motion is GRANTED. The Court establishes the following revised class certification discovery and briefing schedule:

| Event | Date |
|---|---|
| Deadline for fact discovery | October 29, 2021 |
| Plaintiff's expert report(s) served on Defendant | December 3, 2021 |
| Defendant's expert report(s) served on Plaintiff | January 7, 2022 |
| Plaintiff's rebuttal expert report(s) served on Defendant | February 4, 2022 |

| Plaintiff's motion for class certification | March 4, 2022 |
|---|---|
| Defendant's response to motion for class certification | April 1, 2022 |
| Plaintiff's reply in support of class certification | April 22, 2022 |

DATED this 3rd day of August 2021.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/Sandra Rawski
                                              Deputy Clerk