THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES HEALY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

Defendant.

Case No. 2:20-cv-01473-JCC

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

NOTED FOR CONSIDERATION:
OCTOBER 28, 2021

Plaintiff James Healy and Defendant Milliman, Inc. jointly move this Court for entry of an order granting a short extension of deadlines for class certification fact and expert discovery, but without any change to the briefing schedule for Plaintiff's motion for class certification, and in support state as follows:

1. This is a proposed class action case that was filed on October 5, 2020. Plaintiff alleges among other things that Defendant failed to ensure that the consumer reports it prepares and disseminates—which contain sensitive prescription or medical history bearing on the ability to obtain life insurance—include accurate information, in violation of the FCRA. Defendant has denied these allegations.

2. Defendant filed motions for a protective order and for summary judgment. On May 14, 2021, the Court denied the summary judgment motion and granted, in part, and denied, in part, the motion for protective order. ECF No. 51.

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES- 1
Case No. 2:20-cv-01473-JCC
7479404.1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4. Following the Court's May 14, 2021 order, the parties diligently conducted both first party and nonparty discovery. Both parties responded to written discovery. Defendant produced thousands of pages of documents. And Plaintiff conducted several depositions of Defendant's employees.

5. Despite the parties' efforts, they needed additional time to complete class certification discovery. Among other factors, Plaintiff sought substantial applicant data from Defendant's IRIX database, and significant email production. On August 3, 2021, the Court granted the parties' request to push out case deadlines by two months. ECF No. 53.

6. Following the Court's order extending discovery, the parties continued to pursue discovery diligently. Defendant took the Plaintiff's deposition. Plaintiff deposed additional Milliman employees. Defendant hired a vendor to assist with additional emails. The parties are still working cooperatively to develop appropriate search terms to identify responsive emails.

7. The parties were not, however, able to come to agreement regarding the scope of any IRIX production. On October 7, 2021, Plaintiff filed a motion to compel, which has been fully briefed and is pending.

8. Plaintiff also timely noted two depositions of Defendant's employees for October 26, 2021. However, the witnesses will not be available until mid-November. In addition, Plaintiff timely noticed three third party depositions for dates on or prior to October 29, 2021. However, all three have stated they will need more time to object and/or prepare witnesses.

9. Accordingly, the parties jointly request an amended discovery schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for class certification fact discovery | 10/29/2021 | 12/10/2021 |
| Plaintiff's class expert disclosures and reports due | 12/3/2021 | 1/7/2022 |

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES- 2
Case No. 2:20-cv-01473-JCC
7479404.1

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Defendants' class expert disclosures and reports due | 1/7/2022 | 2/4/2022 |
| Plaintiff's class rebuttal expert disclosures and reports due | 2/4/2022 | 3/4/2022 |

10. The parties agree that the extension will only be used for the limited purpose of:

(a) Conducting the currently noted risk score depositions.

(b) Conducting the third-party depositions for Americo, Express Scripts, and CVS.

(c) Facilitating the production of emails. The parties agree to continue to work cooperatively to identify appropriate search terms to limit results to responsive documents, including for Ms. Bolduc. Due to volume, Angela Bolduc's emails will be produced on a rolling basis. Milliman agrees to produce emails for Tom Salatto, Joel Strassburg, and Marc Frydrychowicz on or before 12/10/2021 pursuant to the parties' agreed search terms. The parties will cooperate to narrow the scope of the remaining emails and custodians, to be produced on a rolling basis afterward.

(d) Conducting Angela Bolduc's deposition.

(e) Meeting and conferring in good faith regarding production of Equifax contracts. Milliman will not interfere will Plaintiff's efforts to direct third party discovery to Equifax, if necessary.

(f) Meeting and conferring regarding targeted M drive searches.

11. The parties agree not to serve any additional written discovery or note any additional depositions before 12/10/21. However, this does not limit the parties' ability to engage in post-certification discovery in the event certification is granted.

12. Good cause exists to grant this request for a limited extension of fact discovery and expert deadlines related to class certification. Although the parties have commenced

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES- 3
Case No. 2:20-cv-01473-JCC
7479404.1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

discovery, it is not complete. The proposed extension is necessary to continue this process so that the parties have the information they need to brief class certification.

13. For all these reasons the parties respectfully request the Court enter an order extending the class certification discovery schedule, as set forth above. This extension will not affect the class certification briefing schedule.

STIPULATED TO AND DATED this 29th day of October, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, WSBA #34061
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Adrienne D. McEntee, WSBA # 34061
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    James A. Francis, *Admitted Pro Hac Vice*
    Email: jfrancis@consumerlawfirm.com
    John Soumilas, *Admitted Pro Hac Vice*
    Email: jsoumilas@consumerlawfirm.com
    Lauren KW Brennan, *Admitted Pro Hac Vice*
    Email: lbrennan@consumerlawfirm.com
    FRANCIS MAILMAN SOUMILAS, P.C.
    1600 Market Street, Suite 2510
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 735-8600
    Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Sean T. James, WSBA #53096
    Rodney L. Umberger, WSBA #24948
    Email: rumberger@williamskastner.com
    Daniel Brown, WSBA #22028
    Email: dbrown@williamskastner.com
    Sean T. James, WSBA #53096
    Email: sjames@williamskastner.com
    Jeffrey M. Wells, WSBA #45840
    Email: jwells@williamskastner.com
    601 Union Street, Suite 4100
    Seattle, Washington 98101-2380
    Telephone: (206) 628-6600
    Facsimile: (206) 628-6611

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES- 4
Case No. 2:20-cv-01473-JCC
7479404.1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

II. ~~PROPOSED~~ ORDER

Pursuant to the parties Stipulated Motion to Extend Deadlines, IT IS SO ORDERED. The discovery deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for class certification fact discovery | 10/29/2021 | 12/10/2021 |
| Plaintiff's class expert disclosures and reports due | 12/3/2021 | 1/7/2022 |
| Defendants' class expert disclosures and reports due | 1/7/2022 | 2/4/2022 |
| Plaintiff's class rebuttal expert disclosures and reports due | 2/4/2022 | 3/4/2022 |

IT IS SO ORDERED.

DATED this 29th day of October 2021.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES- 5
Case No. 2:20-cv-01473-JCC
7479404.1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com