THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 57). Plaintiff moves to seal an unredacted version of a document that Defendant initially indicated was confidential. (*See id.* at 1.) Defendant has since consented to removal of the confidential designation and redactions. (*See* Dkt. No. 64 at 1.) Accordingly, the Clerk is DIRECTED to terminate Plaintiff's motion to seal (Dkt. No. 57) and unseal the document at issue (Dkt. No. 59).

DATED this 29th day of October 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C20-1473-JCC
PAGE - 1