THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES HEALY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

Defendant.

Case No. 2:20-cv-01473-JCC

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES**

**NOTED FOR CONSIDERATION: JANUARY 07, 2022**

Plaintiff James Healy and Defendant Milliman, Inc. jointly move this Court for entry of an order granting a short extension of deadlines for expert discovery, but without any change to the briefing schedule for Plaintiff's motion for class certification, and in support state as follows:

1. This is a proposed class action case that was filed on October 5, 2020. Plaintiff alleges among other things that Defendant failed to ensure that the consumer reports it prepares and disseminates—which contain sensitive prescription or medical history bearing on the ability to obtain life insurance—include accurate information, in violation of the FCRA. Defendant has denied these allegations.

2. On December 10, 2021, Milliman produced data from its IRIX system for one million randomly selected reports as the Court ordered. *See* Dkt. No. 66.

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND EXPERT DEADLINES - 1
Case No. 2:20-cv-01473-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. Plaintiff's counsel asked Milliman to produce IRIX data for Plaintiff so that Plaintiff's expert could compare Plaintiff's data to the sample data, which Milliman agreed to produce.

4. Milliman produced the requested data on January 5, 2022, two days before Plaintiff's expert report is due. Accordingly, Plaintiff's counsel requested a one week extension of the deadline to submit Plaintiff's expert report.

5. The parties have agreed to extend the deadline for Plaintiff's expert report one week to January 14, 2022 so that Plaintiff's expert can work with the additional data. The parties also have agreed to extend the deadline for Milliman's expert report one week to February 11, 2022.

6. The proposed deadlines will not impact any other deadline in the case, including the deadline for Plaintiff's rebuttal expert report and the class certification briefing schedule.

7. For these reasons, the parties jointly request an amended class certification expert discovery schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's class expert disclosures and reports due | 1/7/2022 | 1/14/2022 |
| Defendants' class expert disclosures and reports due | 2/4/2022 | 2/11/2022 |
| Plaintiff's class rebuttal expert disclosures and reports due | 3/4/2022 | 3/4/2022 |

//

//

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND EXPERT DEADLINES - 2
Case No. 2:20-cv-01473-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     STIPULATED TO AND DATED this 8th day of January, 2022.

2

| TERRELL MARSHALL LAW GROUP PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: /s/ Adrienne D. McEntee, WSBA #34061 | By: /s/ Jeffery M. Wells, WSBA #45840 |
|     Beth E. Terrell, WSBA #26759 |     Rodney L. Umberger, WSBA #24948 |
|     Email: bterrell@terrellmarshall.com |     Email: rumberger@williamskastner.com |
|     Jennifer Rust Murray, WSBA #36983 |     Daniel Brown, WSBA #22028 |
|     Email: jmurray@terrellmarshall.com |     Email: dbrown@williamskastner.com |
|     Adrienne D. McEntee, WSBA # 34061 |     Sean T. James, WSBA #53096 |
|     Email: amcentee@terrellmarshall.com |     Email: sjames@williamskastner.com |
|     936 North 34th Street, Suite 300 |     Jeffery M. Wells, WSBA #45840 |
|     Seattle, Washington 98103-8869 |     Email: jwells@williamskastner.com |
|     Telephone: (206) 816-6603 |     601 Union Street, Suite 4100 |
|     Facsimile: (206) 319-5450 |     Seattle, Washington 98101-2380 |
| |     Telephone: (206) 628-6600 |
|     James A. Francis, *Admitted Pro Hac Vice* |     Facsimile: (206) 628-6611 |
|     Email: jfrancis@consumerlawfirm.com | |
|     John Soumilas, *Admitted Pro Hac Vice* | *Attorneys for Defendant* |
|     Email: jsoumilas@consumerlawfirm.com | |
|     Lauren KW Brennan, *Admitted Pro Hac Vice* | |
|     Email: lbrennan@consumerlawfirm.com | |
|     FRANCIS MAILMAN SOUMILAS, P.C. | |
|     1600 Market Street, Suite 2510 | |
|     Philadelphia, Pennsylvania 19103 | |
|     Telephone: (215) 735-8600 | |
|     Facsimile: (215) 940-8000 | |

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND EXPERT DEADLINES - 3
Case No. 2:20-cv-01473-JCC

II. ~~PROPOSED~~ ORDER

Pursuant to the parties Stipulated Motion to Extend Deadlines, IT IS SO ORDERED. The discovery deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's class expert disclosures and reports due | 1/7/2022 | 1/14/2022 |
| Defendants' class expert disclosures and reports due | 2/4/2022 | 2/11/2022 |
| Plaintiff's class rebuttal expert disclosures and reports due | 3/4/2022 | 3/4/2022 |

IT IS SO ORDERED.

DATED this 10th day of January 2022.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND EXPERT DEADLINES - 4
Case No. 2:20-cv-01473-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com