THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the court on Plaintiff's notice of intent to file a surreply (Dkt. No. 110). According to the notice, Plaintiff will file a surreply no later than March 30, 2022. In the interest of judicial efficiency, the Court will consider all briefing on Defendant's second motion for summary judgment on this date. The Clerk is, therefore, DIRECTED to renote Defendant's second motion for summary judgment (Dkt. No. 91) and related motion to seal (Dkt. No. 89) to March 30, 2022.

//

//

//

MINUTE ORDER
C20-1473-JCC
PAGE - 1

1     DATED this 29th day of March 2022.

2

                       Ravi Subramanian

3                         Clerk of Court

4                       s/Sandra Rawski

                       Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-1473-JCC
PAGE - 2