THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | CASE NO. C20-1473-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to stay the case pending appeal of the Court's class certification order (Dkt. No. 133). Accordingly, it is hereby ORDERED that:

1. This action shall be STAYED in its entirety until the disposition of Defendant's Rule 23(f) petition by the Ninth Circuit Court of Appeals.

2. The Parties shall meet and confer and provide the Court with a joint status report within fifteen days after receiving a decision from the Ninth Circuit.

3. The Clerk is DIRECTED to terminate Defendant's motion to stay (Dkt. No. 132) as moot.

MINUTE ORDER
C20-1473-JCC
PAGE - 1

DATED this 9th day of June 2022.

    Ravi Subramanian
    Clerk of Court

    s/Sandra Rawski
    Deputy Clerk