THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES HEALY, on behalf of himself and all others similarly situated,

   Plaintiff,

 vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

   Defendant.

Case No. 2:20-cv-01473-JCC

**STIPULATED [PROPOSED] SCHEDULING ORDER**

**NOTE ON MOTION CALENDAR: JULY 29, 2022**

Plaintiff and Defendant jointly move for the entry of the attached proposed Scheduling Order:

| Event | Deadline |
|---|---|
| Deadline to file motion to approve notice forms and class action administrator | August 11, 2022 |
| Defendant produces remaining data | September 12, 2022 |
| Plaintiff provides class list to administrator | November 10, 2022 |
| Administrator sends notice after performing reverse lookups for email addresses and performing an NCOA update | December 9, 2022 |
| Deadline to opt out of class | January 24, 2023 |
| Deadline to file list of opt outs with court | February 7, 2023 |

STIPULATED [PROPOSED] SCHEDULING ORDER - 1
Case No. 2:20-cv-01473-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Deadline to complete fact discovery | March 9, 2023 |
| Deadline to exchange supplemental expert reports | April 10, 2023 |
| Deadline to exchange rebuttal expert reports | May 8, 2023 |
| Close of discovery | June 7, 2023 |
| Dispositive motion deadline | July 7, 2023 |
| Deadline for plaintiff to serve pretrial statement per LCR 16(h) | August 17, 2023 |
| Deadline for defendant to serve pretrial statement per LCR 16(i) | August 31, 2023 |
| Deadline to file proposed pretrial order, proposed jury instructions and proposed verdict form | September 21, 2023 |
| Deadline to file motions in limine (to be filed in a single, joint brief) | September 25, 2023 |
| Deadline for trial briefs | September 28, 2023 |
| Trial (ten days) | October 16, 2023 at 9:30 a.m. |

STIPULATED AND DATED this 29th day of July, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray, WSBA #36983
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   Adrienne D. McEntee, WSBA # 34061
   Email: amcentee@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Jeffery M. Wells, WSBA #45840
   Jeffery M. Wells, WSBA #45840
   Email: jwells@williamskastner.com
   Daniel Brown, WSBA #22028
   Email: dbrown@williamskastner.com
   Rodney L. Umberger, WSBA #24948
   Email: rumberger@williamskastner.com
   601 Union Street, Suite 4100
   Seattle, Washington 98101-2380
   Telephone: (206) 628-6600
   Facsimile: (206) 628-6611

*Attorneys for Defendant*

STIPULATED [PROPOSED] SCHEDULING ORDER - 2
Case No. 2:20-cv-01473-JCC

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan,
 *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis,
*Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

### ~~PROPOSED~~ ORDER

The Court adopts the parties' stipulated scheduling order. IT IS SO ORDERED.

DATED this 29th day of July 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED [~~PROPOSED~~] SCHEDULING ORDER - 3
Case No. 2:20-cv-01473-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com