THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES HEALY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

Defendant.

Case No. 2:20-cv-01473-JCC

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO APPROVE (1) NOTICE ADMINISTRATOR, (2) NOTICE FORMS, AND (3) NOTICE PLAN

THIS MATTER came before the Court on the parties stipulated motion to approve (1) Notice Administrator, (2) Notice Forms; and (3) Notice Plan.

Based on the foregoing, the Court grants the parties' stipulated motion, (2) approves the appointment of Continental Data Logix as notice program administrator; (3) approves the notice forms attached as Exhibits B-E to the stipulated motion; and (4) approves the proposed notice plan.

IT IS SO ORDERED this 12th day of August 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[] ORDER GRANTING STIPULATED MOTION TO APPROVE
(1) NOTICE ADMINISTRATOR, (2) NOTICE FORMS, AND (3)
NOTICE PLAN - 1
Case No. 2:20-cv-01473-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com