THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | Case No. 2:20-cv-01473-JCC<br><br>**STIPULATED MOTION TO ESTABLISH DEADLINES RELATED TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><u>**NOTED FOR CONSIDERATION**</u>:<br>**NOVEMBER 9, 2023** |

The parties, through their respective counsel of record, hereby stipulate and respectfully request to clarify the response and reply deadlines related to Plaintiff's Motion for Partial Summary Judgment:

1. The dispositive motion deadline for this matter was November 3, 2023. ECF No. 164.

2. Plaintiff timely moved for summary judgment on November 3, 2023.

3. Under LCR 7(d)(3), which provides the deadlines for response and reply briefs, Defendant's response would be due on November 27, 2023 and Plaintiff's reply would be due on December 1, 2023.

4. However, on July 21, 2023, the parties mistakenly submitted a stipulation and proposed order for extension of time that stated all dispositive motions would be "fully briefed [by] November 24." *See* ECF No. 164.

5. The parties submit this stipulation in good faith to respectfully request that the

STIPULATED MOTION TO ESTABLISH DEADLINES
RELATED TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT- 1
Case No. 2:20-cv-01473-JCC

1  Court confirm that Defendant's response is due on November 27, 2023 and Plaintiff's reply is
2  due on December 1, 2023, irrespective of the filing at ECF No. 164.
3      RESPECTFULLY SUBMITTED AND DATED this 13th day of November, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: */s/ Jennifer Rust Murray* <br>     Beth E. Terrell, WSBA #26759 <br>     Email: bterrell@terrellmarshall.com <br>     Jennifer Rust Murray, WSBA #36983 <br>     Email: jmurray@terrellmarshall.com <br>     Adrienne D. McEntee, WSBA # 34061 <br>     Email: amcentee@terrellmarshall.com <br>     936 North 34th Street, Suite 300 <br>     Seattle, Washington 98103-8869 | By: */s/ Jeffery M. Wells* <br>     Rodney L. Umberger, WSBA #24948 <br>     Email: rumberger@williamskastner.com <br>     Daniel Brown, WSBA #22028 <br>     Email: dbrown@williamskastner.com <br>     Jeffery M. Wells, WSBA #45840 <br>     Email: jwells@williamskastner.com <br>     601 Union Street, Suite 4100 <br>     Seattle, Washington 98101-2380 |
| FRANCIS MAILMAN SOUMILAS, P.C. <br>     James A. Francis, *Admitted Pro Hac Vice* <br>     Email: jfrancis@consumerlawfirm.com <br>     John Soumilas, *Admitted Pro Hac Vice* <br>     Email: jsoumilas@consumerlawfirm.com <br>     Lauren KW Brennan, *Admitted Pro Hac Vice* <br>     Email: lbrennan@consumerlawfirm.com <br>     1600 Market Street, Suite 2510 <br>     Philadelphia, Pennsylvania 19103 <br>     Telephone: (215) 735-8600 <br>     Facsimile: (215) 940-8000 <br><br> *Attorneys for Plaintiff and the Certified Classes* | *Attorneys for Defendant* |

STIPULATED MOTION TO ESTABLISH DEADLINES
RELATED TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT- 2
Case No. 2:20-cv-01473-JCC

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED this 13th day of November 2023.

*John C. Coughenour*
_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO ESTABLISH DEADLINES
RELATED TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT- 3
Case No. 2:20-cv-01473-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com