THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | CASE NO. C20-1473-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 219) of the Court's order granting in part Defendant's motion for partial summary judgment and/or for decertification (Dkt. No. 216). In the instant motion, Plaintiff asks the Court to clarify whether its dismissal of the inaccuracy class "for lack of class-wide standing," (Dkt. No. 216 at 6), is pursuant to Rule 56 or Rule 23. (*See* Dkt. No. 219 at 4–9.) And to the extent the ruling is pursuant to Rule 56, Plaintiff asks the Court to certify the matter for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). (*Id.* at 8–9.) The Court so CLARIFIES: its dismissal of the inaccuracy class is pursuant to Rule 56. Further, this is a dismissal *without* prejudice. And for the reasons described in Plaintiff's motion for reconsideration, (*see id.* at 9), the Court CERTIFIES that an interlocutory appeal of this issue is appropriate under 28 U.S.C. § 1292(b).

In addition, the parties move to seal certain submissions by Plaintiff associated with its

motion for reconsideration (Dkt. No. 221). The Court finds that compelling reasons exist to maintain those documents under seal. Accordingly, the motion to seal is GRANTED. The Clerk is DIRECTED to maintain docket numbers 222 and 225 under seal.

DATED this 9th day of April 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE