THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7

8  JAMES HEALY, on behalf of himself and all
   others similarly situated,                    Case No. 2:20-cv-01473-JCC
9
                      Plaintiff,                 **STIPULATED MOTION AND [~~PROPOSED~~]
10                                               ORDER TO STAY PROCEEDINGS
        vs.                                      PENDING APPEAL**
11
   MILLIMAN, INC., d/b/a INTELLISCRIPT,          <u>**NOTE ON MOTION CALENDAR:**</u>
12                                               APRIL 16, 2024
                      Defendant.
13

14

15        The parties respectfully submit this joint request that the Court enter an order to stay

16 proceedings pending the resolution of Plaintiff's Petition Seeking Permission to Appeal, which

17 Plaintiff will file on April 19, 2024, and the Ninth Circuit's acceptance of review and any decision

18 on appeal. In support of this stipulated motion, the parties state:

19        1.      Plaintiff filed this class action lawsuit on October 5, 2020.

20        3.      On April 29, 2022, the Court granted in part and denied in part Plaintiff's motion

21 for class certification, certifying two classes, including the inaccuracy class. Dkt. No. 126.

22        4.      After the classes were certified but before notice was sent, Plaintiff conducted

23 additional discovery regarding whether inaccuracy class members had suffered an injury for

24 purposes of Article III standing.

25        5.      On September 8, 2023, Plaintiff moved to modify the class definition based on

26 the evidence he had developed. Dkt. 166.

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
STAY PROCEEDINGS PENDING APPEAL - 1
Case No. 2:20-cv-01473-JCC
7881970.1

6.      On September 21, 2023, Milliman filed a Motion for Partial Summary Judgment/Motion to Decertify Inaccuracy Class. Dkt. 167.

7.      The Court held oral argument on Plaintiff's Motion to Modify the Class Definition and Defendant's Motion for Partial Summary Judgment/Motion to Decertify Inaccuracy Class. Dkt. 197.

8.      Following oral argument, the Court ordered the parties to submit supplemental briefing regarding class-wide standing for both the inaccuracy and reinvestigation classes. Dkt. 198. The parties timely filed their briefs as the Court ordered. *See* Dkt. Nos. 203-214.

9.      On February 22, 2024, the Court entered an Order granting in part and denying in part Defendant's motion for summary judgment and/or to decertify the inaccuracy class, dismissing the class for lack of class-wide standing. Dkt. 216 at 6:20-25. In the Order, the Court directed the parties to meet and confer and provide the Court with a joint status report containing a proposed revised case management schedule within fourteen days of the Order.

10.     The parties met and conferred on March 1, 2024, during which, Plaintiff's counsel informed Milliman's counsel that Plaintiff intended to file a motion for reconsideration and clarification of the Court's order. On March 5, 2024, the parties filed a stipulated motion to extend the deadline to submit a joint status report until after the motion for reconsideration and clarification had been resolved, which the Court granted. Dkts. 217, 218.

11.     On April 9, 2024, the Court entered an Order that:

> CLARIFIES: its dismissal of the inaccuracy class is pursuant to Rule 56. Further, this is a dismissal *without* prejudice. And for the reasons described in Plaintiff's motion for reconsideration, (*see id*. at 9), the Court CERTIFIES that an interlocutory appeal of this issue is appropriate under 28 U.S.C. § 1292(b).

*See* Dkt. 227 (in relevant part).

12.     Section 1292(b), which relates to interlocutory appeals, provides that "application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals…shall so order."

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
STAY PROCEEDINGS PENDING APPEAL - 2
Case No. 2:20-cv-01473-JCC
7881970.1

13.     While the filing of an interlocutory appeal does not automatically stay proceedings in the district court, the district court has broad discretion to decide whether a stay is appropriate to "promote economy of time and effort for itself, for counsel, and for litigants." *Filtrol Corp. v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972) (quotations and citations omitted); *see Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (citation omitted); *see also Deming v. First Franklin*, No. 09-5418RJB, 2010 WL 2326170, at *1 (W.D. Wash. June 7, 2010) (granting stay of proceedings pending 28 U.S.C. § 1292(b) interlocutory appeal based on efficiency and economy of judicial resources); *Hill v. Glebe,* No. 14-5330 RJB-JCC, 2015 WL 1538771, at *2 (W.D. Wash. Apr. 7, 2015) (finding the same).

14.     Here, the parties agree that a stay of the entire matter pending the Ninth Circuit's acceptance of review and any decision on appeal could serve the interests of fairness and "promote economy of time and effort" for the Court and the parties. *Kelleher*, 467 F.2d at 244. In that regard, Milliman agrees to the proposed stay for the sole purpose of avoiding the expenditure of additional litigation costs. Milliman does not agree with or support Plaintiff's intention to appeal the Court's Order.

15.     The parties propose that they meet and confer and provide the Court with a joint status report either within seven days after the Ninth Circuit's acceptance of review and any decision on appeal, or after the Ninth Circuit has declined interlocutory review.

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       STIPULATED TO AND DATED this 16th day of April, 2024.

2 TERRELL MARSHALL LAW GROUP PLLC      WILLIAMS, KASTNER & GIBBS PLLC

3 By: */s/ Jennifer Rust Murray*            By: */s/ Jeffery M. Wells*

4    Beth E. Terrell, WSBA #26759           Jeffery M. Wells, WSBA #45840
   Email: bterrell@terrellmarshall.com      Email: jwells@williamskastner.com

5    Jennifer Rust Murray, WSBA #36983    Daniel Brown, WSBA #22028
   Email: jmurray@terrellmarshall.com     Email: dbrown@williamskastner.com

6    Adrienne D. McEntee, WSBA # 34061   Rodney L. Umberger, WSBA #24948
   Email: amcentee@terrellmarshall.com    Email: rumberger@williamskastner.com

7    Blythe H. Chandler, WSBA #43387     601 Union Street, Suite 4100
   Email: bchandler@terrellmarshall.com    Seattle, Washington 98101-2380

8    936 North 34th Street, Suite 300      Telephone: (206) 628-6600

9    Seattle, Washington 98103-8869     Facsimile: (206) 628-6611
   Telephone: (206) 816-6603

10                                       *Attorneys for Defendant*
   FRANCIS MAILMAN SOUMILAS, P.C.

11

12    James A. Francis, Admitted Pro Hac Vice
   Email: jfrancis@consumerlawfirm.com

13    John Soumilas, *Admitted Pro Hac Vice*
   Email: jsoumilas@consumerlawfirm.com

14    Lauren KW Brennan, *Admitted Pro Hac Vice*
   Email: lbrennan@consumerlawfirm.com

15    Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
   Email: tmartindale@consumerlawfirm.com

16    1600 Market Street, Suite 2510

17    Philadelphia, Pennsylvania 19103
   Telephone: (215) 735-8600

18 *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
STAY PROCEEDINGS PENDING APPEAL - 4
Case No. 2:20-cv-01473-JCC
7881970.1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**ORDER**

2

3    IT IS SO ORDERED.

4

5    DATED this 16th day of April 2024.

6

7

8

9    _____
     THE HONORABLE JOHN C. COUGHENOUR
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
STAY PROCEEDINGS PENDING APPEAL - 5
Case No. 2:20-cv-01473-JCC
7881970.1