THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | Case No. 2:20-cv-01473-JCC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order staying this action pending appeal (Dkt. 229), the parties respectfully inform the Court that the Ninth Circuit has accepted review of the Court's Order granting in part and denying in part Defendant's motion for summary judgment and/or to decertify the inaccuracy class and dismissing the class for lack of class-wide standing (Dkt. 216 at 6:20-25). *See* Exhibit A (Order on Petition for Permission to Appeal). The parties respectfully request that this case remain stayed until the appeal is resolved. The parties propose that they meet and confer and provide the Court with a joint status report within seven days following a ruling from the Ninth Circuit resolving the appeal.

RESPECTFULLY SUBMITTED AND DATED this 31st day of May, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: */s/ Jennifer Rust Murray*<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com | By: */s/ Jeffery M. Wells*<br>Jeffery M. Wells, WSBA #45840<br>Email: jwells@williamskastner.com |

JOINT STATUS REPORT - 1
Case No. 2:20-cv-01473-JCC

| | |
|---|---|
| Jennifer Rust Murray, WSBA #36983 | Daniel Brown, WSBA #22028 |
| Email: jmurray@terrellmarshall.com | Email: dbrown@williamskastner.com |
| Adrienne D. McEntee, WSBA # 34061 | Rodney L. Umberger, WSBA #24948 |
| Email: amcentee@terrellmarshall.com | Email: rumberger@williamskastner.com |
| Blythe H. Chandler, WSBA #43387 | 601 Union Street, Suite 4100 |
| Email: bchandler@terrellmarshall.com | Seattle, Washington 98101-2380 |
| 936 North 34th Street, Suite 300 | Telephone: (206) 628-6600 |
| Seattle, Washington 98103-8869 | Facsimile: (206) 628-6611 |
| Telephone: (206) 816-6603 | |

*Attorneys for Defendant*

FRANCIS MAILMAN SOUMILAS, P.C.

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600

*Attorneys for Plaintiff*

JOINT STATUS REPORT - 2
Case No. 2:20-cv-01473-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# EXHIBIT A

FILED

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES HEALY, | No. 24-2501 |
| Plaintiff - Petitioner, | D.C. No. 2:20-cv-01473-JCC |
| v. | Western District of Washington, Seattle |
| MILLIMAN, INC., d/b/a Intelliscript, | ORDER |
| Defendant - Respondent. | |

Before: TASHIMA and KOH, Circuit Judges.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).