THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES HEALY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MILLIMAN, INC., d/b/a INTELLISCRIPT,

Defendant.

Case No. 2:20-cv-01473-TL

[PROPOSED] ORDER ON JOINT MOTION FOR A STAY PENDING MEDIATION AND JOINT STATUS REPORT

NOTED FOR CONSIDERATION:
MARCH 17, 2026

Pursuant to the Court's March 10, 2026, Minute Order (Dkt. No. 239) and the Court's Standing Order for all Civil Cases (effective 3/13/26), the parties, by and through their respective undersigned counsel, submit the following Joint Status Report and respectfully request that the Court stay proceedings in this action and in two related actions, *Morris et al. v. Milliman, Inc.*, Case No. 2:23-cv-00446-TL (W.D. Wash.) and *Michalski v. Milliman, Inc.*, Case No. 2:26-cv-00615-TL (W.D. Wash.) pending mediation.

1.      This is a certified class action in which plaintiff James Healy alleges that Milliman, Inc. d/b/a IntelliScript (Milliman) violates the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x (FCRA) by (1) selling inaccurate consumer reports to insurance companies, and (2) failing to properly reinvestigate inaccuracies when consumers dispute information on their reports. Defendant denies Plaintiff's claims.

2.      Plaintiff filed this case on October 5, 2020. Dkt. No. 1. Defendant answered the Complaint and asserted various affirmative defenses (Dkt. 14) and filed an early summary judgment motion (Dkt. No. 19), which the Court denied (Dkt. 51). After the parties conducted

[PROPOSED] ORDER ON STIPULATED MOTION FOR
A STAY PENDING MEDIATION AND JOINT STATUS
REPORT - 1
Case No. 2:20-cv-01473-TL

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

both fact and expert discovery, the Court granted Plaintiff's class certification motion, in part, certifying both an "inaccuracy class" and a "reinvestigation class." *See* Dkt. 126. Class notice has not been sent. The Court granted Defendant's second motion for summary judgment in a decision that the Ninth Circuit reversed. *See* Dkt. 234 (Ninth Circuit Opinion). The Ninth Circuit issued its mandate on February 2, 2026 (Dkt. 235).

3.    *Morris, et al. v. Milliman, Inc.*, No. 2:23-cv-00446-TL (W.D. Wash.) was filed on March 23, 2023. While covering a different time period, the allegations in *Morris* are generally similar to the allegations in *Healy*. Milliman answered (Dkt. 19) and the Court entered an initial case schedule after the parties held an initial Rule 26(f) conference and submitted a discovery plan (Dkt. 20). The parties jointly moved for a stay pending resolution of several motions in this matter, including Milliman's second summary judgment motion discussed above (Dkt. 23, 26). No formal discovery or substantive briefing has been done in the *Morris* matter.

4.    *Michalski v. Milliman, Inc.*, No. 2:26-cv-00615-TL (W.D. Wash.) was filed in King County Superior Court on February 20, 2026. Milliman removed (Dkt. 1) and filed an Answer (Dkt. 9).

5.    Plaintiffs in all three cases allege violations of the Fair Credit Reporting Act resulting from Milliman's sale of health care information about consumers to life insurance companies in connection with consumers' applications for life insurance. Defendant denies all allegations in the three cases.

6.    The parties understand they "have an ongoing obligation to explore possible settlement options" (Standing Order at 7-8). After the Ninth Circuit issued its mandate, the parties met and conferred and agreed that this is a good juncture to pursue mediation of all three cases. The parties are in the process now of selecting a mediator and setting a date for mediation.

7.    The parties agree that, to promote judicial efficiency, save the Court's and the parties' time and resources, and facilitate a potential resolution through mediation, all existing deadlines in all three cases, including initial deadlines set in the *Michalski* matter (Dkt. 13),

[PROPOSED] ORDER ON STIPULATED MOTION FOR
A STAY PENDING MEDIATION AND JOINT STATUS
REPORT - 2
Case No. 2:20-cv-01473-TL

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

should be vacated, and all proceedings should be stayed pending mediation.

8.      The parties agree to file a joint status report with the Court in fourteen days that informs the Court of the selected mediator and the date of mediation.

9.      The parties will also file a joint status report within 14 days after their scheduled mediation that informs the Court if they reached a proposed agreement.

RESPECTFULLY SUBMITTED AND DATED this 20th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com
    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

FRANCIS MAILMAN SOUMILAS, P.C.

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600

*Attorneys for Plaintiff*

WILLIAMS, KASTNER & GIBBS PLLC

By: */s/ Jeffery M. Wells*
    Jeffery M. Wells, WSBA #45840
    Email: jwells@williamskastner.com
    Daniel Brown, WSBA #22028
    Email: dbrown@williamskastner.com
    Rodney L. Umberger, WSBA #24948
    Email: rumberger@williamskastner.com
    Email: sbrown@williamskastner.com
    601 Union Street, Suite 4100
    Seattle, Washington 98101-2380
    Telephone: (206) 628-6600
    Facsimile: (206) 628-6611

*Attorneys for Defendant*

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 20th day of March, 2026.

_____
THE HONORABLE TANA LIN

[PROPOSED] ORDER ON STIPULATED MOTION FOR
A STAY PENDING MEDIATION AND JOINT STATUS
REPORT - 3
Case No. 2:20-cv-01473-TL