THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>Defendant. | Case No. 2:20-cv-01473-TL<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>**NOTED FOR CONSIDERATION:**<br>OCTOBER 9, 2026 |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to File Overlength Brief. Having considered the motion and finding good cause, the Court HEREBY ORDERS that Plaintiff's Motion for Leave to File Overlength Brief is GRANTED. Plaintiff may file a motion for preliminary approval that is no more than 8,400 words in length.

IT IS SO ORDERED.

DATED this 13th day of October, 2026.

______________________________
THE HONORABLE TANA LIN

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983

Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
Travis Martindale-Jarvis, *Admitted Pro Hac Vice*
Email: tmartindale@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*